THE PEOPLE OF THE STATE OF NEW YORK ex rel. NILE E. VAIL, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.

(Argued May 21, 1936; decided June 5, 1936.)

*Harold P. Hartrath* for appellant.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Caleb Candee Brown, Jr.,* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.